

# THE THIRTEENTH COURT OF APPEALS

13-14-00289-CR

The State of Texas
v.
Raul Fernando Montes De Oca

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 20140DCR-0285-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

July 23, 2015